IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT BURDA, et al., | : | Case No. 2:08-cv-246 |
| | : | |
| Plaintiffs, | : | Judge Smith |
| | : | |
| v. | : | Magistrate Judge Abel |
| | : | |
| WENDY'S INTERNATIONAL, INC., et al., | : | |
| | : | |
| Defendants. | : | |

## MOTION TO WITHDRAW AS COUNSEL

Now come Murray Murphy Moul + Basil LLP, by and through Joseph F. Murray, and Murray and Murray Co., L.P.A., by and through Dennis E. Murray Jr. and James S. Timmerberg, and hereby move to withdraw as counsel in this matter for Robert Burda, XCL Enterprises, LLC, Burda Enterprises, LLC, and Sondocatt Investments, LLC. Withdrawal is appropriate due to an irresolvable disagreement between Plaintiffs and counsel. Notice has been given to Plaintiffs advising Plaintiffs of all orders and upcoming assignment dates. All notices hereafter should be sent to:

Robert T. Burda
6114 Quin Abbey Court West
Dublin, OH  43017

A proposed Order is attached hereto and has been sent via e-mail to Magistrate Judge Abel in accordance with the Electronic Filing Policies and Procedures Manual.

Respectfully submitted,

**s/Joseph F. Murray**
Joseph F. Murray (0063373)
Murray Murphy Moul + Basil LLP
1533 Lake Shore Drive
Columbus, OH  43204
Telephone:  614.488.0400
Facsimile:  614.488.0401
E-mail:  murray@mmmb.com

Dennis E. Murray, Jr. (0038509)
James S. Timmerberg (0067499)
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Post Office Box 19
Sandusky, OH  44871
Telephone:  419.624.3000
Facsimile:  419.624.0707
E-mail:  dmj@murrayandmurray.com
         jst@murrayandmurray.com

Withdrawing Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2010, the foregoing was electronically filed with the Clerk of Courts via the CM/ECF System, which will send notification of such filing to the following:

Michael G. Long
William A. Sieck
Kenneth J. Rubin
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216
mglong@vorys.com
wasieck@vorys.com
krjrubin@vorys.com

I hereby certify that I have sent the foregoing document by regular U.S. Mail, postage prepaid, to Plaintiffs at the following address:

Robert T. Burda
6114 Quin Abbey Court West
Dublin, OH  43017


                                                    **s/Joseph F. Murray**
                                                    Joseph F. Murray