IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Robert Burda, *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:08-cv-00246 |
| v. | : | Judge Smith |
| Wendy's International, Inc., *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## Scheduling Order

On July 2, 2012, plaintiff Robert Burda and counsel for defendants participated in a telephone conference with the Magistrate Judge. Mr. Burda's electricity is out from Friday's storm, and AEP indicates it will be turned back on by July 7. Accordingly, it is ORDERED that both plaintiffs' and defendants' time to respond to the pending motions for summary judgment (docs. 61 and 62) is hereby extended to and including **July 20, 2012.**

s/Mark R. Abel
United States Magistrate Judge